# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| JOHN STURGEON<br>*Plaintiff*<br>v.<br>DON STRIKER, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:11-cv-00183-HRH |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT the court declares that, as a matter of law, and by reason of 16 U.S.C. § 3103(c), the Nation River within Yukon-Charley Rivers National Preserve is not "public land" as that term is defined by 16 U.S.C. § 3102. Because the Nation River within the boundaries of Yukon-Charley is not public land, 36 C.F.R. § 2.17(e) may not be applied or enforced as to such non-public land, and plaintiff Sturgeon may lawfully operate his hovercraft on the Nation River through Yukon-Charley.

Defendants, their successors in office, agents and employees, including park rangers, are permanently enjoined from enforcing the 36 C.F.R. § 2.17(e) prohibition on the use or operation of hovercraft on the Nation River within the boundaries of Yukon-Charley Rivers National Preserve.

APPROVED:

**s/H. Russel Holland**
H. Russel Holland
United States District Judge

Date: May 27, 2020

**Brian D. Karth**
Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*